Scottlynn J Hubbard IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCEast@HubsLaw.com

Attorney for Plaintiff

Peter C. Pappas, SBN 080502
Maria Pappas-Rajotte, SBN 273670
PAPPAS & PAPPAS-RAJOTTE LLP
3105 Lone Tree Way, Suite A
Antioch, CA  94509
Telephone:  (925) 754-0772
Facsimile:    (925) 754-7183
Email: ppappaslaw@gmail.com

Attorneys for Defendant Blue Sky Petroleum Corporation

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern,<br><br>       Plaintiff,<br><br>    vs.<br><br>Blue Sky Petroleum Corporation dba Chevron Quincy #00090798,<br><br>       Defendant.<br>_____/ | Case No.  2:14-cv-00088-JAM-CMK<br><br>**Joint Stipulation for Dismissal and Order Thereon** |

TO THE COURT AND ALL PARTIES:

    Plaintiff Brenda Pickern and defendant Blue Sky Petroleum Corporation dba Chevron Quincy #00090798 stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: February 10, 2016    DISABLED ADVOCACY GROUP, APLC

                                      */s/   Scottlynn J Hubbard*
                                      Scottlynn J Hubbard IV
                                      Attorney for Plaintiff Brenda Pickern

Dated: February 10, 2016    PAPPAS & PAPPAS-RAJOTTE LLP

                                      */s/   Peter C. Pappas*
                                      Peter C. Pappas
                                      Maria Pappas-Rajotte
                                      Attorneys for Defendant Blue Sky Petroleum
                                      Corporation

## **ORDER**

    IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:14-cv-00088-JAM-CMK, is dismissed with prejudice in its entirety.

Dated: 2/10/2016

                                      /s/ John A. Mendez_____
                                      United States District Court Judge

Joint Stipulation for Dismissal and                                              *Pickern v. Blue Sky Petroleum Corporation*
Order Thereon                                                                 Case No. 2:14-cv-00088-JAM-CMK

Page 2